UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HARTFORD FIRE INSURANCE CO., *as subrogor of Trentin USA, Inc.*,

                    Plaintiff,

          – *against* –

MEDITERRANEAN SHIPPING COMPANY, S.A.; M/V MSC RANIA-MC926A, *her engines, boilers, etc.*; XYZ Corp.

                    Defendant.

**ORDER**

20 Civ. 5873 (ER)

RAMOS, D.J.:

      Plaintiff Hartford Fire Insurance Company commenced this action on July 28, 2020. Doc. 1.  Defendant Mediterranean Shipping Company waived service on October 5, 2020, and filed an answer on November 16, 2020.  Docs. 6, 8.  On January 25, 2022, Plaintiff and Defendant Mediterranean Shipping Company stipulated to voluntarily dismiss the case with prejudice against Mediterranean Shipping.  Doc. 13.  Defendant M/V MSC Rania-MC926A was not served and has not appeared.  As a result, the case has been dismissed only as to one defendant.

      Accordingly, Plaintiff is directed to submit a status report by March 31, 2022, advising whether the case should be dismissed as to all defendants.

It is SO ORDERED.

Dated:   March 25, 2022
        New York, New York

                                          EDGARDO RAMOS, U.S.D.J.